No. 02–7223. CUMMINGS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 02–7224. CHAMBERS v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 02–7225. WALSH v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 02–7228. RODRIGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–7232. PRICE v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–7235. DABNEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–64. UNITED STATES v. MCGOWAN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 02–112. UNITED STATES v. PINEDA-TORRES. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 02–274. WHITE, INDEPENDENT COUNSEL v. UNITED STATES ET AL. C. A. 5th Cir. Motion of National Association of Criminal Defense Lawyers for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 02–289. JOHNSON ET AL. v. I/O CONCEPTS, INC. C. A. Fed. Cir. Motions of Defenders of Property Rights et al. and Printer Works, Inc., for leave to file briefs as *amici curiae* granted. Certiorari denied. 

No. 02–297. DOYLE v. HYDRO NUCLEAR SERVICES ET AL. C. A. 3d Cir. Motion of Linda Tripp et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 